IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2227-AP**

**In re: FALL RIVER VILLAGE COMMUNITIES, LLC,**

      Debtor.

**FALL RIVER VILLAGE COMMUNITIES, LLC,**

      Appellant,

v.

**US BANK NATIONAL ASSOCIATION,**

      Appellee.

## ORDER OF DISMISSAL

Kane, J.

On March 11, 2008, this court entered an Order to Show Cause requiring Debtor/Appellant Fall River Village Communities, LLC to Show Cause in writing why this case should not be dismissed for failure to follow an order of the court and for failure to prosecute. To date, no response has been filed. It is, therefore

    **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

    Dated this 24th day of March, 2008.

                                      BY THE COURT:

                                      ***S/John L. Kane***
                                      John L. Kane, Senior Judge
                                      United States District Court